(SPACE BELOW FOR FILING STAMP ONLY)

**BONAKDAR**
LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, ELADIO FELIX-LEON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELADIO FELIX-LEON,<br><br>　　　　　Defendant. | CASE NO.  1:18CR00199-1<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Sentence Date: April 9, 2021<br>Time: 9:00 a.m.<br>Courtroom 4<br>Hon. Dale A. Drozd |

WHEREAS the Sentencing Hearing has been scheduled in this matter for April 9, 2021.

WHEREAS Roger S. Bonakdar, counsel for Defendant Eladio Felix-Leon (herein "Mr. Felix-Leon") requests a continuance of the April 9, 2021, Sentencing on the grounds that counsel is involved in an arbitration hearing, and will be unavailable for the Sentencing hearing in this matter.

Further, Roger S. Bonakdar, counsel for Defendant Eladio Felix-Leon (herein "Mr. Felix-Leon") requests a continuance of the April 9, 2021, Sentencing so that he may meet with Mr. Felix-Leon and to complete steps necessary for the Government to, and for the Court to apply, a "safety valve" and First Step compliant sentence. This will result in changes to the PSR and further informal and formal objections.

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

THEREFORE, IT IS STIPULATED by and between the parties that the April 9, 2021, sentencing hearing be continued to May 7, 2021, or in the alternative to a date not less than 45 days from the April 9, 2021, sentencing date.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original.  In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

| | |
|---|---|
| Dated: April 6, 2021 | BONAKDAR LAW FIRM |
| | By:   /s/ Roger S. Bonakdar |
| | ROGER S. BONAKDAR |
| | Attorney for Defendant |
| | ELADIO FELIX-LEON |
| Dated:  April 6, 2021 | United States Attorney's Office |
| | /s/ Kathleen Servatius |
| | KATHLEEN SERVATIUS |
| | Assistant United States Attorney |
| Dated: April 6, 2021 | UNITED STATES PROBATION |
| | /s/ Tony Vue |
| | TONY VUE |
| | Senior United States Probation Officer |

## ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

/////

/////

IT IS HEREBY ORDERED that April 9, 2021, Sentencing hearing is hereby continued to May 7, 2021, or to a date convenient for the Court's calendar.

IT IS SO ORDERED.

Dated: **April 6, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE