**BONAKDAR** LAW FIRM

Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, ELADIO FELIX-LEON

(SPACE BELOW FOR FILING STAMP ONLY)

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18CR00199-1 |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| ELADIO FELIX-LEON, | Sentence Date: June 4, 2021 Time: 10:00 a.m. |
| Defendant. | Courtroom 4 Hon. Dale A. Drozd |

WHEREAS the Sentencing Hearing has been scheduled in this matter for June 4, 2021.

WHEREAS Roger S. Bonakdar, counsel for Defendant Eladio Felix-Leon (herein "Mr. Felix-Leon") requests a continuance of the June 4, 2021, Sentencing on the grounds that counsel is involved in a juvenile criminal matter (set on a statutory time basis), which will be in trial on June 4, 2021.

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

THEREFORE, IT IS STIPULATED by and between the parties that the June 4, 2021, sentencing hearing be to June 25, 2021.

IT IS SO STIPULATED:

| | |
|---|---|
| Dated: June 3, 2021 | BONAKDAR LAW FIRM |
| | By: /s/ Roger S. Bonakdar |
| | ROGER S. BONAKDAR |
| | Attorney for Defendant |
| | ELADIO FELIX-LEON |
| Dated: June 3, 2021 | United States Attorney's Office |
| | /s/ Katherine Schuh |
| | KATHERINE SCHUH |
| | Assistant United States Attorney |
| Dated: June 3, 2021 | UNITED STATES PROBATION |
| | /s/ Tony Vue |
| | TONY VUE |
| | Senior United States Probation Officer |

## ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that June 4, 2021, Sentencing hearing is hereby continued to June 25, 2021, or to a date convenient for the Court's calendar.

IT IS SO ORDERED.

Dated: **June 3, 2021**

_____
UNITED STATES DISTRICT JUDGE