Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 200
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, ELADIO FELIX-LEON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    v.<br><br>ELADIO FELIX-LEON,<br><br>                   Defendant. | CASE NO. 1:18CR00199-1<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>Sentence Date: June 25, 2021<br>Time: 10:00 a.m.<br>Courtroom 4<br>Hon. Dale A. Drozd |

      WHEREAS the Sentencing Hearing has been scheduled in this matter for June 25, 2021.

      WHEREAS Roger S. Bonakdar, counsel for Defendant Eladio Felix-Leon (herein "Mr. Felix-Leon") requests a continuance of the June 25, 2021, Sentencing on the grounds that there are Sentencing issues being resolved between the parties, which will effect the applicable guideline calculation.

      WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government and Probation are in agreement.

      THEREFORE, IT IS STIPULATED by and between the parties that the June 25, 2021, sentencing hearing be to July 2, 2021.

IT IS SO STIPULATED:

Dated: June 24, 2021          BONAKDAR LAW FIRM

                              By:  /s/ Roger S. Bonakdar

                                   ROGER S. BONAKDAR

                                   Attorney for Defendant

                                   ELADIO FELIX-LEON

Dated: June 24, 2021          United States Attorney's Office

                              /s/ Katherine Schuh

                              KATHERINE SCHUH

                              Assistant United States Attorney

Dated: June 24, 2021          UNITED STATES PROBATION

                              /s/ Tony Vue

                              TONY VUE

                              Senior United States Probation Officer

## ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that June 25, 2021, Sentencing hearing is hereby continued to July 2, 2021, or to a date convenient for the Court's calendar.

IT IS SO ORDERED.

Dated:  **June 24, 2021**          _Dale A. Drozd_
                                   UNITED STATES DISTRICT JUDGE